### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

| | | |
|---|---|---|
| GARY LONNIE WILLIAMS | ) | |
| ADC # 141556 | ) | |
|     Petitioner, | ) | **Case No. 5:13-CV-00018 KGB-JTK** |
| v. | ) | |
| | ) | |
| RAY HOBBS, Director, Arkansas | ) | |
| Department of Correction | ) | |
|     Respondent. | ) | |

### ORDER DENYING MOTION TO DISMISS

BEFORE THE COURT is Respondent's Motion to Dismiss (Doc. No. 5). That motion is DISMISSED WITHOUT PREJUDICE. Respondent shall submit an answer within twenty-one (21) days.

SO ORDERED this 27th day of June, 2013.

_____
United States Magistrate Judge