IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GARY LONNIE WILLIAMS**                                                                              **PETITIONER**
**ADC #138383**

v.                          Case No. 5:13-cv-00018-KGB-JTK

**WENDY KELLEY, Director,**
**Arkansas Department of Correction;** *et al.*                                        **RESPONDENT**

## JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged that this petition is dismissed with prejudice. The Court will not issue a certificate of appealability because petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

SO ADJUDGED this the 28th day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE